# Exhibit I

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA
CIVIL DIVISION

CHARLES STOVALL WEEMS, IV
and KERRI WEEMS,   Case No.: 2022-CA-1047

    Plaintiffs,   Division: CV-F

v.

CELEBRATION CHURCH OF
JACKSONVILLE, INC., KEVIN
CORMIER, MARCUS ROWE,
ANGELA CANNON,
JACOB WILLIAM, and
LEE WEDEKIND, III,

    Defendants.
_____/

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the undersigned counsel will call up for a hearing before the Honorable Marianne L. Aho, **via Zoom,** on **Thursday, August 3, 2023, at 2:00 p.m.**, or as soon thereafter as counsel can be heard, the following:

1. Motion of Defendant Lee Wedekind, III, to Dismiss for Lack of Subject-Matter Jurisdiction (filed November 17, 2022); and

2. Celebration Church of Jacksonville, Inc., Kevin Cormier, Marcus Rowe, Angela Cannon, and Jacob William's Motion to Dismiss Third Amended Complaint for Lack of Subject-Matter Jurisdiction (filed November 17, 2022).

Time Reserved: Two hours (2:00 p.m. – 4:00 p.m.)

**All parties are to appear for this hearing using the Court's Zoom link:**

1

HTTP://WWW.ZOOM.COM   or   https://zoom.us/j/3660559515

**Meeting ID: 3660559515**

One tap mobile
Dial by your location
+1 786 635 1003 US (Miami)
+1 312 626 6799 US (Chicago)
+1 470 381 2552 US (Atlanta)
+1 646 518 9805 US (New York)

PLEASE GOVERN YOURSELF ACCORDINGLY.

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator at (904) 255-1695 or crtintrp@coj.net at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

DATED: April 12, 2023                               Respectfully submitted,

/s/ Timothy J. McGinn
**GUNSTER, YOAKLEY & STEWART, P.A.**
David M. Wells, Esq.
Florida Bar No. 309291
Timothy J. McGinn, Esq.
Florida Bar No. 1000377
1 Independent Drive, Suite 2300
Jacksonville, FL 32202
Telephone: (904) 354-1980
Facsimile:  (904) 354-2170
dwells@gunster.com
tmcginn@gunster.com

*Attorneys for Defendant Lee Wedekind, III*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 12, 2023, I electronically filed the foregoing document with the Clerk of the Court through the Florida Courts E-Filing Portal and thereby furnished copies to the following by email:

Shane B. Vogt
David A. Hayes
Kenneth G. Turkel
TURKEL CUVA BARRIOS, P.A.
100 North Tampa Street, Suite 1900
Tampa, FL 33602
svogt@tcb-law.com
dhayes@tcb-law.com
kturkel@tcb-law.com
garnold@tcb-law.com
service@tcb-law.com

Lee D. Wedekind, III
NELSON MULLINS RILEY & SCARBOROUGH LLP
50 N. Laura Street, Suite 4100
Jacksonville, FL 32202
lee.wedekind@nelsonmullins.com
allison.abbott@nelsonmullins.com

Kristin M. Ahr
NELSON MULLINS RILEY & SCARBOROUGH LLP
360 S. Rosemary Avenue, Suite 1410
West Palm Beach, FL 33401
kristin.ahr@nelsonmullins.com
brooke.werner@nelsonmullins.com

/s/ *Timothy J. McGinn*
Timothy J. McGinn