UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHARLES S. WEEMS, IV, an individual, KERRI WEEMS, an individual, and CELEBRATION GLOBAL, INC., a Florida not for profit corporation, HONEY LAKE FARMS, INC., a Florida not for profit corporation, NORTHSTREAM MANAGEMENT GROUP, LLC, a Florida limited liability company, and WEEMS GROUP, LLC, a Florida limited liability company,

    Plaintiffs,

v.

ASSOCIATION OF RELATED CHURCHES, a Texas not-for-profit corporation, CHRIS HODGES, individually, DINO RIZZO, individually, and JOHN SEIBELING, individually,

    Defendants.
_____/

Case: 3:23-cv-00811-MMH-LLL

## DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

Pursuant to Local Rule 3.01(i), and to supplement Section II(B)(2) and pages 14-15 of Section II(C) of their Motion to Dismiss (Doc. 28), Defendants give notice of two orders entered by the Honorable Marianne Lloyd Aho on October 6, 2023:

1. Order Granting Defendants' Motions to Dismiss in Duval County Case No. 2022-CA-1047, attached as Exhibit A, ruling on page 5 that "the ecclesiastical abstention doctrine deprives this Court of subject matter jurisdiction over the present dispute, and no amendment can circumvent this constitutional prohibition."

2. Order Granting in Part and Denying in Part Defendants' Motions to Dismiss in Duval County Case No. 2023-CA-740, attached as Exhibit B, dismissing "tort claims . . . for lack of subject matter jurisdiction because their adjudication would require this Court to inappropriately referee an internal power struggle . . . ." (p.4).

Respectfully Submitted this 11th day of October, 2023.

| MURPHY & ANDERSON, P.A. | BURR & FORMAN LLP |
|---|---|
| s/Sarah Jeck Hulsberg<br>Niels P. Murphy<br>Florida Bar No. 0065552<br>Sarah Jeck Hulsberg<br>Florida Bar No. 0106027<br>1501 San Marco Blvd<br>Jacksonville, Florida 32207<br>904-598-9282 (Telephone)<br>nmurphy@murphyandersonlaw.com<br>shulsberg@murphyandersonlaw.com<br>Attorneys for Defendant Association of Related Churches | s/Bryan O. Balogh<br>Bryan O. Balogh (*pro hac vice*)<br>420 North 20th Street, Suite 3400<br>Birmingham, AL 35203<br>205-251-3000 (Telephone)<br>bryan.balogh@burr.com<br>M. Scott Thomas<br>Florida Bar No. 0994898<br>50 North Laura Street, Suite 3000<br>Jacksonville, Florida 32202<br>904-232-7200 (Telephone)<br>msthomas@burr.com<br>Attorneys for Defendant Chris Hodges |
| BEDELL, DITTMAR, DeVAULT, PILLANS & COXE, P.A. | ROGERS TOWERS, P.A. |
| s/Michael E. Lockamy<br>Henry M. Coxe III<br>Florida Bar No. 0155193<br>O. David Barksdale<br>Florida Bar No. 0957331<br>Michael E. Lockamy<br>Florida Bar No. 69626<br>The Bedell Building<br>101 East Adams Street<br>Jacksonville, Florida 32202<br>904-353-0211 (Telephone)<br>hmc@bedellfirm.com<br>odb@bedellfirm.com<br>mel@bedellfirm.com<br>Attorneys for Defendant Dino Rizzo | s/Samuel J. Horovitz<br>Edward McCarthy, III<br>Florida Bar No.: 0866873<br>Samuel J. Horovitz<br>Florida Bar No.: 059015<br>1301 Riverplace Blvd., Suite 1500<br>Jacksonville, Florida 32207<br>904-398-3911 (Telephone)<br>emccarthy@rtlaw.com<br>shorovitz@rtlaw.com<br>Attorneys for Defendant John Siebeling |