UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| CHARLES S. WEEMS, IV, an individual, KERRI WEEMS, an individual, and CELEBRATION GLOBAL, INC., a Florida not for profit corporation, HONEY LAKE FARMS, INC., a Florida not for profit corporation, NORTHSTREAM MANAGEMENT GROUP, LLC, a Florida limited liability company, and WEEMS GROUP, LLC, a Florida limited liability company,<br><br>      Plaintiffs,<br>v.<br><br>ASSOCIATION OF RELATED CHURCHES, a Texas not-for-profit corporation, CHRIS HODGES, individually, DINO RIZZO, individually, and JOHN SEIBELING, individually,<br><br>      Defendants.<br>_____/ | Case: 3:23-cv-00811-MMH-LLL |

**DEFENDANTS' NOTICE OF NO OPPOSITION TO PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE FIRST AMENDED COMPLAINT**

Pursuant to the Endorsed Order of the Court (Doc. 41), the undersigned counsel is authorized to represent that the Defendants do not oppose the relief requested by Plaintiffs in their Motion for Extension of Time to File First Amended Complaint (Doc. 40).[1]

---

[1] On February 19, Plaintiffs' counsel emailed counsel for Defendants asking counsel to confirm by February 22 whether Defendants would oppose an extension of time for Plaintiffs to file an amended complaint. Plaintiffs' counsel filed the instant motion at approximately 2 p.m. on February 22, prior

DATED February 27, 2024.

        ROGERS TOWERS, P.A.

        s/Brian G. Kelley
        Edward McCarthy, III
        Florida Bar No.: 0866873
        Samuel J. Horovitz
        Florida Bar No.: 059015
        Brian G. Kelley
        Florida Bar No.: 0106430
        1301 Riverplace Blvd., Suite 1500
        Jacksonville, Florida 32207
        904-398-3911 (Telephone)
        emccarthy@rtlaw.com
        shorovitz@rtlaw.com
        bkelley@rtlaw.com
        Attorneys for Defendant John Siebeling

---

to receiving Defendants' response. Later that day, counsel for Defendant John Siebeling advised Plaintiffs' counsel that Defendants do not oppose the motion and that Plaintiffs could supplement their motion to indicate the lack of opposition.