# EXHIBIT A





# NORTH STREAM

# Restorative Community Developments



## OUR PURPOSE

NorthStream exists to develop Restorative Communities by establishing and expanding "embassies of New Eden" throughout the world.

# What Is a Restorative Community Development (RCD)

RCD's are self-contained investment portfolios, ideal for venture philanthropists and impact investors, combining profitability with socially and environmentally conscious developments that directly impact human flourishing in both rural and urban areas.



# Our Vision and Mission

**Isaiah 58:6-14 ESV**

"Is not this the fast that I choose: to loose the bonds of wickedness, to undo the straps of the yoke, to let the oppressed go free, and to break every yoke? [7] **IS IT NOT TO SHARE YOUR BREAD WITH THE HUNGRY AND BRING THE HOMELESS POOR INTO YOUR HOUSE**; when you see the naked, to cover him, and not to hide yourself from your own flesh? [8] Then shall your light break forth like the dawn, and your healing shall spring up speedily; your righteousness shall go before you; the glory of the Lord shall be your rear guard. [9] Then you shall call, and the Lord will answer; you shall cry, and he will say, 'Here I am.' If you take away the yoke from your midst, the pointing of the finger, and speaking wickedness, [10] **if you pour yourself out for the hungry and satisfy the desire of the afflicted, then shall your light rise in the darkness** and your gloom be as the noonday. [11] And the Lord will guide you continually and satisfy your desire in scorched places and make your bones strong; and you shall be like a watered garden, like a spring of water, whose waters do not fail. [12] And your ancient ruins shall be rebuilt; you shall raise up the foundations of many generations;

*you shall be called the repairer of the breach, the restorer of streets to dwell in.*

[13] "If you turn back your foot from the Sabbath, from doing your pleasure on my holy day, and **call the Sabbath a delight and the holy day of the Lord honorable; if you honor it, not going your own ways, or seeking your own pleasure, or talking idly;** [14] **then you shall take delight in the Lord, and I will make you ride on the heights of the earth**; I will feed you with the heritage of Jacob your father, for the mouth of the Lord has spoken."



**Raising the foundations of generations to see communities restored around the world**

# A Note From Our Founder and President



*"We believe that prosperity can only be sustained when human, environmental, and economic flourishing are integrated into a cohesive ecosystem"*

*- Kerri Weems*

"We believe that prosperity can only be sustained when human, environmental, and economic flourishing are integrated into a cohesive ecosystem. The concept of RCDs is anchored in the conviction that prosperity and equity are not mutually exclusive, and that ethical investing can and should include both. Therefore, RCDs are designed, planned, and developed around the vision of restoring EQUITY, restoring LAND, restoring PEOPLE, restoring DIGNITY, and restoring HOPE. in short, RCDs are HABITATS FOR WHOLENESS!"



# Ideal Features of a Restorative Community Development (RCD)

## What We Look For In A Site:

 A rural or urban area in a state of deterioration, depreciation, or unrealized value potential

 A water source for access to clean and sustainable water

 Available land to develop for agriculture and housing

## What We Look For In A Partner:

 Willingness to build up the financial foundations to historically marginalized or oppressed people in the form of land or other real assets that build equity

 Alignment with Sabbath Ethics*

 Openness to programs that develop an ecosystem of hope

*See next page



# Ideal Features of a Restorative Community Development (RCD)

## What We Do:



Establish profit centers to bring increased return to investors and businesses to the RCD



Develop housing and infrastructure that promotes agricultural sustainability and the potential ability to trade goods and services between RCDs



Integrate programming and resources that promote human flourishing

## What Are Sabbath Ethics?

In all its forms, Sabbath was instituted within ancient Israel to ensure that "there shall be no poor among you" (Deut. 15:4).[1]

Sabbath is more than just rest. It is an act of holy resistance. It is a form of social justice. It is an eschatological demonstration. It is the essence of the threefold proclamation of God's shalom:

Shalom proclaimed (kerygma)
Shalom lived (koinonia)
Shalom demonstrated (diakonia)[2]

Four theological themes that are key to understanding Sabbath as holy, gospel justice:

The role of covenant in defining relationships in society
The emphasis of the land within Sabbath thought
The eschatological reign of God
The role of rest[3]

[1] Spotts, 138.
[2] Scott Sunquist, Understanding Christian Mission (Grand Rapids: Baker, 2013), 140.
[3] Spotst, 137.



# Building A Restorative Community

## ACQUISITION, LEGAL STRUCTURE, PROFIT GENERATION



Step 1

**WHAT HAPPENS:**

- Acquire assets (land)
- Establish profit center(s) to generate cash flow and raise property values
- Refine legal structure
- Determine programming needs



# Building A Restorative Community

## *DESIGN, PARTNERSHIPS, STRATEGY*



Step ②

**WHAT HAPPENS:**

- Listen and learn sessions
- Establish community relationships and partnerships
- Identify best match for funding opportunities
- Design community
- Prepare funding targets





# Building A Restorative Community

## *FUNDING, EXPANSION, TOKENIZATION*

### Step 3

**WHAT HAPPENS:**
- Secure funding
- Increase revenues from phase 1 profit centers and/or
- Add round 2 of profit centers and verticals to show cash flow and increased value
- Tokenize land assets



# Building A Restorative Community

## *LAUNCH & BUILD*

Step ④



**WHAT HAPPENS:**

- Begin building phase 1 of community according to design plan
- Launch/release tokens
- Sales and marketing for grand opening



# Building A Restorative Community

## *OPEN & INTEGRATE SERVICES, AMENITIES AND INFASTRUCTURE*



Step ⑤

**WHAT HAPPENS:**

- Grand opening event
- Launch of programs and community resources
- Community engagement and exposure



# Building A Restorative Community

## *STABILIZE, EXPAND, PREPARE FOR EXIT STRATEGY*



Step 6

### WHAT HAPPENS:

- Stabilize and expand profit centers
- Stabilize and expand programs and resource offerings
- Begin to develop an exist strategy for the community to stand on its own



*Adding value to
our investors is key...*

*We coordinate and leverage the cash flow
of diverse funding streams*

# HOW DO WE GENERATE A PROFIT?

- Establish profit centers quickly + add value to assets
- Strategic Business Partners (profit sharing)
- Equity Stakes
- Grant money
- Private donations

- Missions donations
- Corporate donations
- Tokenized Assets
- Micro-financing
- Real Estate Development
- Management contracts
- Exit Buyouts
- Partnerships in Urban Areas

# Strategic Partners



- Corporate Attorneys
- Corporate Accountants/ CPA's
- Financial Institutions
- Behavioral Health Services
- State, City, and Local Governments
- Non-Profits
- Faith-based Entities
- Governmental Liaisons & Partnerships
- Programming/ PPP's
- Civil Engineer
- Developers
- Agricultural Specialist
- Business Development Specialist
- Senior Living Companies
- Donor Development Strategists
- Restaurant/ Hospitality Specialist
- Investors
- Educators
- Tech Companies
- Media Companies

*We don't try to do it all. Instead, we establish mutually beneficial strategic partnerships with experts in the professions necessary to build and sustain RCDs*



*Raising the foundations of generations to see communities restored around the world*