UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHARLES S. WEEMS, IV, an individual,
KERRI WEEMS, an individual,
and CELEBRATION
GLOBAL, INC., a Florida not for profit
corporation, HONEY LAKE FARMS,
INC., a Florida not for profit corporation,
NORTHSTREAM MANAGEMENT
GROUP, LLC, a Florida limited liability
company, and WEEMS GROUP, LLC,
a Florida limited liability company,

   Plaintiffs,

v.

ASSOCIATION OF RELATED
CHURCHES, a Texas not-for-profit
corporation, CHRIS HODGES, and
individually, DINO RIZZO,

   Defendants.
_____/

Case No.: 3:23-cv-00811-MMH-LLL

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs, Charles S. Weems, IV, Kerry Weems, Celebration Global, Inc., Honey Lake Farms, Inc., Northstream Management Group, LLC and Weems Group, LLC (collectively, "Plaintiffs"), by counsel and pursuant to Local Rule 3.01(i), file this Notice of Supplemental Authority and state as follows:

  (1) <u>Citation of the Authority</u>: October 15, 2024 Order denying without prejudice a Petition for Writ of Prohibition filed by

Celebration Church of Jacksonville, Inc. ("Celebration") in Florida's Fifth District Court of Appeal Case No. 5D24-0476.[1]

(2) <u>Issue or Argument the Authority Supplements:</u>  The "Related State Court Litigation." *See* Defendants' Motion to Dismiss First Amended Complaint [Doc. 52 at pp. 8-9]; February 9, 2024 Order [Doc. 39 at pp. 5-6 and n.5].

(3) <u>Quotation from Authority:</u>  Florida's Fifth District Court of Appeal "denied without prejudice to [Celebration] contesting jurisdiction in further proceedings" its Petition[2] seeking to prohibit the state trial court from exercising jurisdiction over counterclaims against Celebration in the "Eviction Action" based on the same agreements at issue in the First Amended Complaint [*see* Doc. 49 at ¶¶ 53-55, 103, 108, 113] based on the ecclesiastical abstention doctrine.

---

[1] Pursuant to Local Rule 3.01(i), Plaintiffs are not attaching a copy of the Order to this Notice but it is available at:  https://acis.flcourts.gov/portal/court/d818ccfa-0288-4e77-9f0f-daa6a4999a3a/case/2fb1c769-9c35-4e97-b103-f9fe09b9e0f1

[2] The Petition for Writ of Prohibition and related filings are also available at: https://acis.flcourts.gov/portal/court/d818ccfa-0288-4e77-9f0f-daa6a4999a3a/case/2fb1c769-9c35-4e97-b103-f9fe09b9e0f1

| | |
|---|---|
| Dated: October 24, 2024. | */s/ Shane B. Vogt*<br>Shane B. Vogt – FBN 257620<br>LEAD COUNSEL<br>E-mail:  svogt@tcb-law.com<br>David A. Hayes - FBN 096657<br>E-mail:  dhayes@tcb-law.com<br>TURKEL CUVA BARRIOS, P.A.<br>100 North Tampa Street, Suite 1900<br>Tampa, Florida 33602<br>Tel:  (813) 834-9191<br>Fax: (813) 443-2193<br>*Attorneys for Plaintiffs* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 24, 2024, the foregoing document was filed with the Court's CM/ECF system, which will send electronic notice to all counsel of record.

*/s/ Shane B. Vogt*
Attorney

3