# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-10154

_____

CHARLES S. WEEMS, IV,
an individual,
KERRI WEEMS,
an individual,
CELEBRATION GLOBAL, INC.,
a Florida not for profit corporation,
HONEY LAKE FARMS, INC.,
a Florida not for profit corporation,
NORTHSTREAM MANAGEMENT GROUP, LLC,
a Florida limited liability company, et al.,

                                                                             Plaintiffs-Appellants,

*versus*

ASSOCIATION OF RELATED CHURCHES,
a Texas not-for-profit corporation,
CHRIS HODGES,
individually,

2                           Order of the Court                           25-10154

DINO RIZZO,
individually,

                                                    Defendants-Appellees,

JOHN SIEBELING,
individually,

                                                                Defendant.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 3:23-cv-00811-MMH-LLL

_____

ORDER:

Counsel for Appellants' "Unopposed Motion to Withdraw as Counsel for All Appellants," which is also construed as a motion to stay this appeal, is GRANTED.

This appeal is STAYED for thirty (30) days from the date of this order so that Appellants may have the opportunity to retain new appellate counsel. If new counsel does not file an appearance of counsel during the thirty-day stay, Appellants Charles S. Weems, IV and Kerri Weems shall proceed as *pro se* appellants in this appeal.

25-10154               Order of the Court               3

The matter of lack of representation by counsel of Appellants Celebration Global, Inc., Honey Lake Farms, Inc., and Northstream Management Group, LLC shall be submitted to the Court for the dismissal of the appeal in part as to these corporate appellants. *See Palazzo v. Gulf Oil*, 764 F.2d 1381, 1385 (11th Cir. 1985).

/s/ Jill Pryor
UNITED STATES CIRCUIT JUDGE

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 08, 2025

David Hayes
Turkel Cuva Barrios
100 N TAMPA ST STE 1900
TAMPA, FL 33602

Shane B. Vogt
Turkel Cuva Barrios
100 N TAMPA ST STE 1900
TAMPA, FL 33602

Appeal Number: 25-10154-
Case Style:

The enclosed order has been ENTERED.

The briefing schedule in the referenced appeal(s) is hereby rescinded for the following reason(s): The case is stayed for 30 days from 04/07/25 when the order was issued.

When the above matter(s) is resolved, the clerk will issue a notice advising counsel and the parties of the new schedule for filing briefs in this appeal.

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Clerk's Office Phone Numbers
General Information:    404-335-6100    Attorney Admissions:          404-335-6122
Case Administration:    404-335-6135    Capital Cases:                404-335-6200
CM/ECF Help Desk:       404-335-6125    Cases Set for Oral Argument:  404-335-6141

MOT-2 Notice of Court Action

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 08, 2025
*CORRECTED*

Charles S. Weems IV
16073 SHELLCRACKER RD
JACKSONVILLE, FL 32226

Kerri Weems
16073 SHELLCRACKER RD
JACKSONVILLE, FL 32226

Appeal Number: 25-10154-CC
Case Style: Charles Weems, IV, et al v. Association of Related Churches, et al District Court
Docket No: 3:23-cv-00811-MMH-LLL

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Please use the appeal number for all filings in this Court.

Representation by a Licensed Attorney Required
A corporation or other artificial entity must be represented by a licensed attorney in this Court. See Palazzo v. Gulf Oil, 764 F.2d 1381, 1385 (11th Cir. 1985). Counsel must appear on behalf of the corporation within 30 days after the date of this letter. If counsel does not appear, and the corporation is an appellee, the corporation will not be able to participate in the appeal. If counsel does not appear, and the corporation is an appellant, the appeal may be dismissed as to that corporation.

If the Court granted a motion to withdraw as counsel for the corporation, withdrawing counsel must provide a copy of this letter to the corporation.

Attorneys who wish to participate in this appeal must be properly admitted either to the bar of this court or for this particular proceeding, See 11th Cir. R. 46-1; 46-3; 46-4. In addition, all attorneys (except court-appointed attorneys) who wish to participate in this appeal must file an appearance form. The Application for Admission to the Bar and Appearance of Counsel Form

are available on the Court's website. **The clerk generally may not process filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-6(b).**

<u>Clerk's Office Phone Numbers</u>

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Palazzo Letter